JS-6

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA - CENTRAL DISTRICT

| | |
|---|---|
| JAVIER AVILA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., a Delaware corporation; JOE WINSTON, a California individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-3570 SJO (JCx)<br><br>Hon. Judge S. James Otero<br><br>**ORDER RE STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 656385** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having considered the parties' stipulation, and finding it |
| 3 | supported by good cause, hereby orders as follows:  The Court REMANDS this |
| 4 | case to the Los Angeles County Superior Court, Case Number BC 656385.  The |
| 5 | Parties have waived their respective attorneys' fees and costs associated the |
| 6 | removal, remand and dismissal of Defendant Joseph Winston, III, in this case. |
| 7 | The Clerk of this Court shall close this case. |
| 8 | |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated:  June 19, 2017 |
| 12 | |
| 13 | |
| 14 | Judge S. James Otero |
| 15 | UNITED STATES DISTRICT JUDGE |